**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 00-4446**

—————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WAKEEL ABDUL SABUR, a/k/a Willie Lee Seward,

Defendant - Appellant.

—————

Appeal from the United States District Court for the Western District of Virginia, at Lynchburg. Norman K. Moon, District Judge. (CR-99-73)

—————

Submitted: November 3, 2000     Decided: November 21, 2000

—————

Before NIEMEYER, MICHAEL, and TRAXLER, Circuit Judges.

—————

Affirmed by unpublished per curiam opinion.

—————

Craig P. Tiller, DAVIDSON, SAKOLOSKY, MOSELEY & TILLER, P.C., Lynchburg, Virginia, for Appellant. Robert P. Crouch, Jr., United States Attorney, Ray B. Fitzgerald, Jr., Assistant United States Attorney, Charlottesville, Virginia, for Appellee.

—————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Wakeel Abdul Sabur appeals the district court's order denying his motion to withdraw guilty plea and the sentence imposed as a result of the guilty plea. We have reviewed the record and the district court's opinion denying Sabur's motion to withdraw his plea and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Sabur, No. CR-99-73 (W.D. Va. May 31, 2000). Moreover, we disagree with Sabur's contention on appeal that his plea agreement precluded enhancement of his sentence following a finding that he was a career criminal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2